| | |
|---|---|
| 1 | SEYFARTH SHAW LLP<br>William J. Dritsas (SBN 97523) |
| 2 | wdritsas@seyfarth.com<br>560 Mission Street, 31st Floor |
| 3 | San Francisco, CA 94105-2930<br>Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | SEYFARTH SHAW LLP<br>Michael W. Kopp (SBN 206385) |
| 6 | mkopp@seyfarth.com<br>400 Capitol Mall, Suite 2350 |
| 7 | Sacramento, CA 95814-4428<br>Telephone: (916) 448-0159 |
| 8 | Facsimile: (916) 558-4839 |
| 9 | Attorneys for Defendants<br>MARRIOTT HOTEL SERVICES, INC., and |
| 10 | SJMEC, INC. |
| 11 | PAGANO & KASS, APC<br>James L. Pagano (SBN 098185) |
| 12 | Ian A. Kass (SBN 184480)<br>96 North Third Street, Suite 525 |
| 13 | San Jose, CA 95112<br>Telephone: (408) 999-5678 |
| 14 | Facsimile: (408) 999-5684 |
| 15 | Attorneys for Plaintiffs<br>IAN MCCRAY, and Putative Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN MCCRAY, an individual, and on behalf of himself, and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., a Delaware corporation, doing business as San Jose Marriott; SJMEC, Inc. (San Jose Marriott), a California corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 5:16-cv-02092-NC<br><br>**STIPULATED REQUEST TO RESCHEDULE INITIAL CMC TO SEPTEMBER 14, 2016**; ORDER<br><br>Complaint Filed: 2/5/16 |

1

STIPULATED REQUEST TO RESCHEDULE INITIAL CMC; [PROPOSED] ORDER - 5:16-CV-02092-NC
28017537v.1

Pursuant to Local Rule 6-1(b), 6-2, 7-12, and 16-2(e), and this Court's orders regarding the date for the initial Case Management Conference ("CMC"), Plaintiff Ian McCray ("Plaintiff") and Defendants Marriott Hotel Services, Inc. and SJMEC, Inc. ("Defendants") hereby stipulate to reschedule the CMC, currently scheduled for July 27, 2016, at 10:00 a.m., to September 14, 2016, at 10:00 a.m., in Courtroom 7, San Jose.

Counsel for Defendants has pre-planned international travel scheduled for the weeks of July 25, and August 1, 2016. Counsel for the Plaintiff and Defendants are available to appear in person on Wednesday, September 14, 2016, at 10:00 a.m.

DATED: July 12, 2016

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
William J. Dritsas
Michael W. Kopp
Attorneys for Defendants
MARRIOTT HOTEL SERVICES, INC., and SJMEC, INC.

DATED: July 12, 2016

PAGANO & KASS, APC

By: /s/ _____
James L. Pagano
Ian A. Kass
Attorneys for Plaintiffs
IAN MCCRAY and Putative Class

### [~~PROPOSED~~] ORDER

Based on the Parties' stipulation and good cause appearing, the Court orders the Case Management Conference rescheduled from July 27, 2016, to **September 14, 2016, at 10:00 a.m.**, in Courtroom 7, San Jose. Joint case management statement due September 7, 2016.

DATED:   July 13, 2016



HON. NATHANAEL M. COUSINS

GRANTED
Judge Nathanael M. Cousins