UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN MCCRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br>and others,<br><br>　　　　Defendants. | Case No. 16-cv-02092 NC<br><br>**ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE REMANDED TO STATE COURT, AND SETTING CASE MANAGEMENT CONFERENCE** |

This case was originally filed in Santa Clara County Superior Court and removed to this court by the defendants. ECF 1. On June 20, 2016, this court denied plaintiff's motion to remand. ECF 22. On appeal of that and another order, the Ninth Circuit Court of Appeal vacated the denial of the motion to remand. The Ninth Circuit directed that, upon remand "the district court should return this case to state court for further proceedings." ECF 59, Opinion at p. 16. Today the Ninth Circuit issued its mandate. ECF 61.

This Court intends to follow the instructions of the Ninth Circuit and to remand this case back to the Superior Court. If any party objects to that proposal, contends that remand is premature, or has a different proposal, then that party must respond to this order in writing by October 9, 2018. The Court also sets a telephonic case management

Case No. 16-cv-02092 NC

conference for October 17, 2018, at 10:00 a.m., if the case has not been remanded by that date.

**IT IS SO ORDERED.**

Dated: September 25, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California