UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN MCCRAY,<br><br>    Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., and others,<br><br>    Defendants. | Case No. 16-cv-02092-NC<br><br>**ORDER REMANDING CASE TO SANTA CLARA COUNTY SUPERIOR COURT**<br><br>Re: Dkt. No. 62 |

On September 25, 2018, the Court issued an order to show cause why this case should not be remanded to Santa Clara County Superior Court in accordance with the Ninth Circuit Court of Appeal's mandate. *See* Dkt. No. 62. Parties were given until October 9, 2018 to respond to the Court's order if they believed remand was premature. As neither party has responded, the Court will remand this case.

The Clerk of Court is ordered to remand this case to Santa Clara County Superior Court and to terminate the federal case file. No costs or fees are awarded in connection with this order.

**IT IS SO ORDERED.**

Dated: October 12, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge